IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff** | ) | Case No. **06-03138-01-CR-S-RED** |
| v. | ) | All Counts: |
| | ) | 18 U.S.C. § 876 |
| **BRUCE DEWAYNE JENSEN,** | ) | NMT 5 years Imprisonment and/or |
| **[DOB: xx/xx/1977]** | ) | $250,000 fine |
| | ) | NMT 3 years, Supervised Release |
| **Defendant**. | ) | Class C Felony and |
| | ) | $100 Mandatory Special Assessment |

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about March 3, 2005, in Springfield, in the Western District of Missouri, BRUCE DEWAYNE JENSEN, the defendant, knowingly did cause to be delivered by the Postal Service according to the direction thereon, a communication, that is, a letter, addressed to the "Todd P. Graves, Hammons Tower Suite 500, 901 St. Louis Street, Springfield, Missouri 65806-2511," which contained a threat to injure the person of Todd P. Graves, then United States Attorney for the Western District of Missouri, in violation of Title 18, United States Code, Section 876.

## COUNT TWO

On or about March 3, 2005, in Springfield, in the Western District of Missouri, BRUCE DEWAYNE JENSEN, the defendant, knowingly did cause to be delivered by the Postal Service according to the direction thereon, a communication, that is, a letter, addressed to the "James C. England, United States Courthouse, 222 North John Q. Hammons Pky, Springfield, Missouri

65806," which contained a threat to injure the person of James C. England, United States Magistrate Judge, in violation of Title 18, United States Code, Section 876.

## COUNT THREE

On or about September 13, 2006, in Springfield, in the Western District of Missouri, BRUCE DEWAYNE JENSEN, the defendant, knowingly did cause to be delivered by the Postal Service according to the direction thereon, a communication, that is, a letter, addressed to the "Clerk of the Court, 1400 United States Courthouse, 222 North John Q. Hammons Pkwy, Springfield, Missouri 65806," which contained a threat to injure the person of James C. England, United States Magistrate Judge, in violation of Title 18, United States Code, Section 876.

**A TRUE BILL**

/s/
**Foreperson of the Grand Jury**

/s/ Michael A. Jones
Michael A. Jones
Deputy United States Attorney
Missouri Bar No. 20926

2