IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 06-03138-01-CR-S-RED |
| BRUCE D. JENSEN, ) | |
| ) | |
| Defendant. ) | |

O R D E R

On January 11, 2007, Defendant filed a motion for a judicial determination of mental competency. Defendant was examined by forensic psychologist Lisa Hope, Psy.D. It is the opinion of Dr. Hope that Defendant is competent to stand trial. During a hearing held before United States Magistrate Judge Robert Larsen on April 10, 2007, Defendant and the government stipulated to the report of Dr. Hope. The parties also waived the ten-day objection period to Judge Larsen's Report and Recommendation.

Therefore, after making an independent review of the record, it is

ORDERED that Defendant's motion for judicial determination of mental competency is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that Defendant is competent to stand trial. It is further

ORDERED that, pursuant to 18 U.S.C. § 3161(h)(1)(A), the time between January 11, 2007, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

**IT IS SO ORDERED**.

Date: April 16, 2007                  */s/ Richard E. Dorr*
                                                                RICHARD E. DORR, JUDGE
                                                                UNITED STATES DISTRICT COURT