IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 06-3138-01-CR-S-RED |
| BRUCE DEWAYNE JENSEN, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION

On January 11, 2007, defendant filed a motion for a judicial determination of mental competency. Defendant was examined by John Wisner, M.D., who found that defendant was competent in a report dated August 22, 2007. On September 12, 2007, I held a competency hearing. Defendant was present, represented by Martin Warhurst. The government was represented by Assistant United States Attorney David Ketchmark. The parties stipulated to the contents and findings of Dr. Wisner as the only evidence of whether the defendant is competent to stand trial and to assist in his defense (Tr. at 2-3).[1]

Based upon the uncontroverted evidence stipulated to by the parties in this case, I find that the defendant is competent to stand trial and to assist in his defense. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding defendant competent to stand trial and to assist in his defense.

---

[1] "Tr". refers to the transcript of the competency hearing.

Counsel waived the ten day objection period set forth in 28 U.S.C. § 636(b)(1) (Tr. at 4). Any objections to this Report and Recommendation shall be filed by September 14, 2007.

            /s/ Robert E. Larsen
            ROBERT E. LARSEN
            United States Magistrate Judge

Kansas City, Missouri
September 13, 2007