# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 06-03138-01-CR-W-HFS |
| **BRUCE DEWAYNE JENSEN**, | ) ) ) | |
| Defendant. | ) | |

## ORDER

On December 21, 2007, the Court found defendant Bruce DeWayne Jensen to be not guilty only by reason of insanity. Therefore, pursuant to 18 U.S.C. § 4243(a) defendant is hereby committed to a suitable facility until such time as he is eligible for release pursuant to 18 U.S.C. § 4243(e). Accordingly, it is hereby

ORDERED that, pursuant to 18 U.S.C. § 4243(a), the defendant, Bruce DeWayne Jensen, shall be and, hereby, is committed to a suitable facility as defined by 18 U.S.C. § 4247(a)(2), until such time as the defendant is eligible for release pursuant to subsection (e) of § 4243. The Court recommends to the Bureau of Prisons the defendant be designated to the Springfield, Missouri facility; and it is further

ORDERED that the defendant shall undergo a psychiatric or psychological examination at the facility pursuant to § 4243(b) and in accordance with the provisions of §§ 4247(b) and (c), and upon completion of said examination, the examining psychiatrist or psychologist shall prepare and file a report with the Court, with copies to counsel for the defendant and for the government, which shall include the examiner's opinions as to diagnosis, prognosis, and whether the defendant is suffering from a mental disease or defect as a result of which his release would

create a substantial risk of bodily injury to another person or serious damage to property of another; and it is further

ORDERED that the commitment for purposes of this examination in accordance with the provisions of § 4247(b) shall be for a reasonable time, but not to exceed forty-five (45) days, unless that time is extended for an additional period of time not to exceed thirty (30) days upon a showing of good cause that additional time is necessary to observe and evaluate the defendant; and it is further

ORDERED that, upon completion of the examination, the defendant shall promptly be returned before the Court for a hearing in accordance with the provisions of §§ 4243(c) and (d) to determine whether the defendant's release would not create a substantial risk of bodily injury to another person or serious damage to property of another due to a present mental disease or defect; and it is further

ORDERED that the United States Marshal shall notify me promptly upon the completion of the defendant's examination; and it is further

ORDERED that a hearing shall be conducted pursuant to the provisions of § 4243(c) and § 4247(d) not later than forty (40) days following the date of the entry of this Order.

/s/ Howard F. Sachs
HONORABLE HOWARD F. SACHS
United States District Judge

Date: December 21, 2007
Kansas City, Missouri

2

Case 4:06-cr-03138-HFS   Document 67   Filed 12/21/07   Page 2 of 2